## KIER, et al. v BELCHER, etc.

Case No. 86-916CA

Sixth Judicial Circuit, Pasco County

May 16, 1988

### APPEARANCES OF COUNSEL

**John T. Allen, Jr., Christopher P. Jayson,** Law Offices of John T. Allen, Jr., P.A., for plaintiffs.

**Keith C. Tishler** for defendants.

### OPINION OF THE COURT

W. LOWELL BRAY, JR., Circuit Judge.

### *FINAL DECLARATORY JUDGMENT*

THIS CAUSE came before the Court for nonjury trial on March 28, 29, 30 and 31, 1988, upon the plaintiffs' Complaint for Declaratory Judgment for Unconscionable Rent against the defendant, DOUGLAS H. BELCHER, d/b/a CLUB WILDWOOD MOBILE HOME VILLAGE. Plaintiffs' Complaint seeks a declaration that the rents charged

in Club Wildwood for the years 1982 through 1988 are unconscionable and further seeks a declaration of plaintiffs' rights pursuant to Section 723.033, Florida Statutes, Section 723.004(4), Florida Statutes, and Chapter 86, Florida Statutes.

The Court, acting as the trier of fact and having heard the testimony, reviewed the exhibits, heard argument of counsel and considered the applicable law, hereby makes the following findings:

## FINDINGS OF FACT

1. Club Wildwood Mobile Home Village is a rental mobile home park in Hudson, Florida, with 478 occupied lots offered for lease, governed under the provisions of Chapter 723, Florida Statutes.

2. The Defendant, DOUGLAS H. BELCHER, is a general partner of Club Wildwood, Ltd., a Florida limited partnership, which owns and operates Club Wildwood Mobile Home Village.

3. The mobile home park was purchased in 1978 for a purchase price of $1,100,000.00. At the time of the purchase, there were approximately 70 developed lots and approximately 30 occupied mobile homes. The clubhouse, swimming pool, and other park amenities were substantially complete at the time of the defendant's purchase. Subsequently, additional sums were expended to expand the complete the park.

4. In 1978, the mobile home park began a sales program whereby prospective purchasers were promised orally and in writing that future lot rental increases would be based on the percentage increase in the Cost of Living Index. A subsequent sales program stressed that rental increases would be based on the percentage increase in the Cost of Living Index or actual operating costs of public records, such as taxes, utilities, etc.

5. During this sales program, the remainder of the mobile home park was completed and the park obtained 100% occupancy in 1982.

6. In 1984, after reaching 100% occupancy, the park owner placed a $4.2 million, interest-only, shared-appreciation, balloon mortgage on the mobile home park property. The funds received from this note were withdrawn by the park owners and were not utilized for repairs, renovation, development, or improvement of the mobile home park.

7. The refinancing created an interest burden of $114.21 per month for each lot in the mobile home park. If the park were to maintain a positive cash flow, the interest burden created by the refinancing necessitated lot rental increases irrespective of lot rents charged in

comparable mobile home parks, the park owners' cost of operating and maintaining the mobile home park, or any other legitimate bases for establishing lot rents.

8. The mortgage included an 18% equity-participation payable to the mortgagee upon maturity of the note in 1996.

9. From 1982 through 1986, the park owners' cost of operation and maintenance increased $22.11 per lot per month. During the same time period, the plaintiffs' lot rents increased $67 per lot per month. Additionally, there have been no major capital improvements, renovations, or additions to the mobile home park during this period.

10. The percentage increases in lot rents in Club Wildwood Mobile Home Village have grossly exceeded the percentage increases in the Consumer Price Index, published by the United States Government, Department of Labor, Bureau of Labor Statistics.

11. The challenged rents include those in effect for the years 1982 through 1988 as follows:

| | Inside Lot | Corner Lot | Small Waterfront | Large Waterfront |
|---|---|---|---|---|
| 1982 | $114 | $119 | $124 | $139 |
| 1983 | 134 | 139 | 144 | 159 |
| 1984 | 146 | 151 | 156 | 171 |
| 1985 | 168 | 173 | 178 | 193 |
| 1986 | 181 | 186 | 191 | 206 |
| 1987 | 189 | 194 | 199 | 214 |
| 1988 | 197 | 202 | 207 | 222 |

12. For each of the name plaintiffs to this action, the wheels and hitch to their mobile home have been removed. The mobile home is also tied down as required by state law. Many of the plaintiffs have constructed permanent improvements to their homes.

13. The mobile home owners in Club Wildwood Village have invested over $14 million in their homes and improvements, including screened porches, carports, storage sheds, etc.

14. The cost of moving and relocating a mobile home and its appurtenances would be approximately $10,000.00, with resulting damage to the home decreasing value of the home after the move.

15. There are no available parks to which the mobile home owners could move their homes since the parks in the vicinity of Club Wildwood Village are closed to mobile homes not purchased from the park owner.

16. Mobile homes in Club Wildwood Village are currently selling for $3,000 to $12,000 less than their fair market value because of the current level of rents in the mobile home park.

17. The disputed lot rental increases were unilaterally implemented by the park owner by issuance of annual notices of lot rental increases. The plaintiffs had no opportunity to bargain with the defendant prior to implementation of the lot rental increases in question. This is true for *all* residents of the mobile home park, regardless of the parties' age, education, intelligence, financial position, business acumen, etc. at the time the increases were implemented. The plaintiffs had no meaningful choice but to pay the lot rental increases, or bear the burden of attempting to relocate their mobile home, or sell their homes at large losses.

18. The parties have mediated the lot rental increases for 1985, 1986, and 1987, pursuant to Sections 723.037-038, Florida Statutes. Additionallly, the Florida Department of Business Regulation, Division of Florida Land Sales, Condominiums and Mobile Homes has scheduled mediation for the 1988 lot rental increases for April 25, 1988. Since the parties have been unable to amicablly resolve their dispute over lot rents in the past, the Court finds that mediation of the 1988 lot rental increase post-trial is a useless act and not a statutory condition precedent to maintenance of plaintiffs' action for the 1988 lot rental amount.

19. Club Wildwood Mobile Home Village competes for tenants within a market which is primarily limited to western Pasco County. Within that market only one other mobile home park, Colony Cove, is truly comparable to the subject park.

20. Club Wildwood is a highly desirable residential park which could have justifiably charged rental fees which ranged from 30% to 50% above the average of fees charged by Pasco County parks, with the higher premium charged in the early years of the present decade.

21. The defendant's appraiser's adjustments in comparable rents based upon differences in utilities and services supplied is adequately supported and is accepted by the Court. The Court finds inadequate evidence to support the specific adjustments made with rsepect to location, amenities, appearances, etc.

22. Based upon the evidence presented at trial, the Court finds fair market rental value for the mobile home lots located in Club Wildwood to be as follows:

| | Interior Lot | Corner Lot | Small Lake Front Lot | Large Lake Front Lot |
|------|--------------|------------|----------------------|----------------------|
| 1982 | $114 | $119 | $124 | $139 |
| 1983 | 125 | 136 | 135 | 150 |
| 1984 | 137 | 142 | 147 | 162 |
| 1985 | 147 | 152 | 157 | 172 |
| 1986 | 159 | 164 | 169 | 184 |
| 1987 | 165 | 170 | 175 | 190 |
| 1988 | 170 | 175 | 180 | 195 |

## APPLICATION OF LAW TO FACTS

a. Section 723.033, Florida Statutes (1984), and its predecessor, Section 83.754, Florida Statutes (1983), authorize the Court to refuse to enforce or to limit the application of any unconscionable provision of a mobile home lot rental agreement. Although the legal concept of unconscionability must necessarily be determined on a case-by-case basis, *Department of Business Regulation v. National Manufactured Housing Federation, Inc.,* 370 So.2d 1132, 1136 (Fla. 1979), modern courts generally apply a procedural-substantive analysis in determining the unconscionability of mobile home lot rental agreements. *B.J. Pearce v. Doral Mobile Home Villas, Inc.,* 521 So.2d 282 (Fla. 2d DCA 1988). Procedural unconscionability involves the relative bargaining position of the mobile home owner and is generally defined as "an absence of meaingful choice." *Kohl v. Bay Colony Club Condominium,* 398 So.2d 865, 869 (Fla. 4th DCA 1981), *pet. den.* 400 So.2d 1094 (Fla. 1981). Substantive unconscionability involves contract terms that are unreasonable and unfair. *Kohl,* 398 So.2d at 868. This procedural-substantive analysis is only a general approach and is not a rule of law. *Steinhardt v. Rudolph,* 422 So.2d 884, 889 (Fla. 3d DCA 1982).

b. The facts as set out above establish procedural unconscionability because of the absence of any meaingful choice on the part of the mobile home owners. *Kohl v. Bay Colony Club Condominium,* 398 So.2d 865 (Fla. 4th DCA 1981), *pet. den.* 408 So.2d 1094 (Fla. 1981). As indicated by the individual Request for Admissions for each plaintiff and the defendant's responses thereto, the plaintiffs had no meaningful opportunity for negotiation prior to implementation of the lot rental increases in question. The burden of moving or relocating the mobile home, or selling the mobile home in the mobile home park for a depressed price, left the individual plaintiffs with no choice but to accept the lot rental increase unilaterally imposed by the park owner. The cost of relocating the mobile homes, the problem of closed parks, and the inability to negotiate with the park owner prior to or at the time of implementation of lot rental increases give the mobile home

90

park owner an overriding economic advantage over the tenant. *Stewart v. Green,* 300 So.2d 889, 892 (Fla. 1974).

The mobile home owner's lack of bargaining power has little to do with the age, education, intelligence, financial position, business experience, etc. of the individual homeowner and "very much to do with the demonstrable burden of pulling up stakes and a potential for economic blackmail that is equally abhorrent whether applied to the wealthy retiree or to the social security pensioner or the laborer of limited means." *B.J. Pearce v. Doral Mobile Home Villas, Inc.,* 521 So.2d 282 (Fla. 2d DCA 1988).

c. The facts set out above establish substantive unconscionability because of the outrageous degree of unfairness. *Kohl, supra, Steinhardt, supra.* It is clear to the Court that the park owner has overreached the park residents and has gained an unjust and undeserved advantage which it would be inequitable to enforce, *Peacock Hotel, Inc. v. Shipman,* 138 SO. 44, 46 (Fla. 1931), because:

(1) The lot rental increases are not based on a legitimate financial basis for calculating rental values, but are arbitrary and capricious in that they were driven by the consequences of the defendant's refinancing. Moreover, the increases are confiscatory in nature because they have reduced the value of the mobile home owner's property. *B.J. Pearce v. Doral Mobile Home Villas, Inc.,* 521 So.2d 282 (Fla. 2d DCA 1988); *Appel v. Scott,* 479 So.2d 800 (Fla. 2d DCA 1985); *Offner v. Keller Park Investors, I, Ltd.,* 19 Fla. Supp.2d 140 (Fla. 6th Cir. Ct. 1986); *Fredericks v. Hofman,* 45 Fla.Supp. 44 (Fla. 12th Cir. Ct. 1970), *aff'd.* 354 So.2d 992 (Fla. 2d DCA 1978); Section 723.031(5), Florida Statutes (1987).

(2) The increased lot rental amount is significantly higher than the fair market rental value of the lots in Club Wildwood Mobile Home Village. *Aristek Communities, Inc. v. Fuller,* 543 So.2d 547 (Fla. 4th DCA 1984); *State v. DeAnza,* 416 So.2d 1173 (Fla. 5th DCA 1982).

(3) The lot rent grossly exceeds that paid for lots of equal value in comparable parks. *Ashling Enterprises v. Browning,* 487 So.2d 56 (Fla. 3d DCA 1986), *DeAnza, supra.*

d. The rents imposed for the year 1982 have not been shown to be unconscionable.

IT IS THEREFORE, ORDERED AND ADJUDGED:

1. The Court enters judgment for the plaintiffs and against the defendant because the rental amounts in 1983, 1984, 1985, 1986, 1987, and 1988 were unconscionable.

2. The Court enters judgment for the defendant and against the plaintiffs as to the rental amounts in 1982.

3. To avoid any unconscionable result, the Court sets the rents for each of the year in question as follows:

| | Interior Lot | Corner Lot | Small Lake Front Lot | Large Lake Front Lot |
|------|------|------|------|------|
| 1983 | $125 | $130 | $135 | $150 |
| 1984 | 137 | 142 | 147 | 162 |
| 1985 | 147 | 152 | 157 | 172 |
| 1986 | 159 | 164 | 169 | 184 |
| 1987 | 165 | 170 | 175 | 190 |
| 1988 | 170 | 175 | 180 | 195 |

4. To avoid any unconscionable result, the Court limits the application of the lot rental term of the mobile home lot rental agreement by enjoining the defendant from levying, charging, or collecting any amounts in excess of these rents from January 1, 1983, through December 31, 1988. Defendant is further ordered to credit plaintiffs such rents as have been collected in excess of these rental charges, said credit to be applied against future lot rental payments beginning June 1, 1988, and continuing monthly until plaintiffs receive full credit for past unconscionable rents paid. The amount of credit to each plaintiff shall be calculated based upon each plaintiffs' term of residence and the nature of the lot occupied, as set forth in Attachment "A". No plaintiff shall be entitled to relief for the year in which he or she moved in Club Wildwood, as the voluntary nature of that act precludes any finding of procedural unconscionability.

5. The Court does not have before it and does not rule upon the question of whether plaintiffs who have sold their mobile homes during the pendency of this litigation can assign their credits to their successors.

6. The Court retains jurisdiction over the subject matter of this case and the parties hereto to enforce the executory provisions of this final judgment.

7. The plaintiffs are entitled to recover a reasonable attorney's fee and costs in this action pursuant to Section 723.068, Florida Statutes, and the Court retains jurisdiction to determine the amount of such fees and costs.

8. Any and all other prayers for relief are denied.

DONE AND ORDERED in Chambers, at New Port Richey, Pasco County, Florida, this 16th day of May, 1988.

| | Dates of Residence |
|---|---|
| William and Shirley Adams | 485-present |
| Frank and Catherine Alonzi | 8/81-present |
| Lenore Andrews | 10/81-present |
| Patrick Andrews | 5/83-present |
| William and Jean Andrews | 6/83-present |
| William and Laura Appman | 7/80-present |
| John and Marian Armano | 11/79-present |
| Robert and Mary Arterburn | 4/76-present |
| Eleanor E. Bachman | 11/78-present |
| Christ and Bobby Baillo | 8/80-present |
| James and Stella Baker | 2/80-present |
| John and Mary E. Balsavage | 2/79-present |
| Fred and Dorothy Barley | 8/79-present |
| Thomas and Helen Barney | 4/85-present |
| Helen Bart | 9/79-present |
| Kathleen M. Bayne | 5/84-present |
| James and Phyllis Beale | 8/82-present |
| Robert and Pauline Beavis | 4/79-present |
| Mable B. Beintema | 6/79-present |
| Warren E. and Bertha Bellion | 11/79-present |
| George and Bettie Bigelow | 2/79-4/83 |
| Denis and Helen Bisson | 4/80-present |
| Madeleine C. Black | 10/78-present |
| Warren and Phyllis Black | 5/81-present |
| Ross and Ruth Blake | 7/77-present |
| John and Pauline Bodnar | 11/78-present |
| Robert and Francis Bolvin | 6/78-present |
| Paul and Ruth Boog | 8/78-present |
| Margaret Bowles | 3/78-present |
| William and Louise Boyer | 5/85-present |
| Arthur and Helen Brant | 2/80-present |
| Louis and Evelyn Breston | 9/83-present |
| William and Velma Briggs | 3/85-present |
| Charles and Mary Brinkman | 9/80-present |
| E. William and Ruth Brook | 9/79-present |
| Virginia Brotherton | 11/78-present |
| Meredith A. and Ruth Bruce | 7/79-present |
| Alice and Sophie Brudzinski | 1/87-present |
| Winifred Buck | 7/84-1/86 |
| Dan and Elizabeth Buckley | 4/80-present |

| | Dates of Residence |
|---|---|
| Fred and Marionn Burk | 4/78-present |
| James and Viola Cairns | 8/80-5/86 |
| moved back | 5/87-present |
| Benjamine and Dorothy Camire | 3/82-present |
| John and Patrica Capek | 3/82-present |
| Bernard and Madeline Carey | 3/79-present |
| Frank and Magdalen Cechvala | 1/79-present |
| Darrell H. and June Chiles | 6/94-present |
| John and Grace Ciancimino | 10/85-present |
| John T. and Florence Clark | 3/80-present |
| Aleen Cole | 8/79-present |
| Lowell and Juanita Cole | 6/78-present |
| Jack and Anna Coleman | 3/79-present |
| Kathryn Connington | 6/85-present |
| Ralph and Eleanor Conti | 4/80-present |
| Fred and Elverta Cool | 12/77-present |
| George Corke | 2/83-present |
| Sidney and Mary Cottrill | 10/77-present |
| Howard D. and Marlene L. Coughanour | 4/83-present |
| George and Marion Cresswell | 4/85-present |
| Lester and Mildred Crossley | 9/80-present |
| Dorothy Crothers | 7/79-present |
| Bernard Cunningham, | 3/80-present |
| John and Gertrude Cunningham | 6/80-present |
| John S. and Mary Cutshall | 10/78-present |
| Beatrice Czarnitzki | 10/79-present |
| Rocco and Grace D'Agostino | 1/87-present |
| Stanley Danstrom | 9/79-present |
| Leighton and Susan Dates | 3/85-present |
| Robert and Edna Davis | 1/79-present |
| Frank and Dolores Davison | 11/83-present |
| Rose DeLuca | 6/81-present |
| Mary Dement | 5/81-present |
| Thomas J. and Millie Demma | 7/78-present |
| Irene DiMeglio | 9/79-present |
| Caroline DiVincenzo | 9/79-present |
| Helen W. Doepke | 2/80-present |
| Frank and Helen Dombrosis | 11/80-present |
| Joseph E. and Winifred Donahue | 7/80-present |
| Ray and Phyllis Dorris | 4/80-present |
| Edmund and Ann Douglas | 12/79-present |
| William and Dorothy Droz | 9/79-4/87 |
| Edward and Dorthea Duffy | 9/78-present |

| | Dates of Residence |
|---|---|
| Cora Dunn | 8/78-present |
| Ethel Ebeling | 6/84-present |
| Katherine Eck | 8/79-present |
| Mary Edelen | 1/81-present |
| Gerald and Theresa Engle | 1/80-present |
| Frank and Katherine Eschenauer | 11/79-present |
| Clarence and Lois Evely | 1/79-present |
| Pasquale and Filomena Faiella | 12/77-present |
| John and Norene Farmer | 19/82-present |
| Leonard W. and Marion Felcman | 9/79-present |
| Steve and Helen Ferency | 1/79-present |
| Clarence J. and Svia Finucane | 1/79-present |
| Owen and Wanda Flynn | 8/79-present |
| Walter and Irene Fornal | 11/83-present |
| Charles and Marion Friedman | 2/80-present |
| Florence Gambeski | 1/80-present |
| Charles and Dorothy Gamgemi | 5/79-present |
| William and Helen Garan | 3/79-11/87 |
| Margaret Gates | 5/83-present |
| Frances Gee | 6/81-present |
| Ruby Geer | 3/79-present |
| Oliver and Elizabeth Gerbitz | 11/79-present |
| Albert E. and Joan Gilbert | 6/81-1/88 |
| Harold and Rose Glahe | 10/80-present |
| Helen Goodspeed | 2/80-present |
| Francis and Marie D. Goldbach | 4/79-present |
| George and Anita Grassi | 2/85-present |
| Oscar and Eileen Greenland | 1/84-present |
| Nettie Gross | 10/83-present |
| Frank and Edyth Gulas | 8/79-present |
| Julius and Virginia Gulden | 8/79-present |
| Jack and Elizabeth Gunkle | 1/82-present |
| Charles and Mary Hamilton | 6/79-present |
| Robert and Geraldine Harrington | 3/79-present |
| Wallace and Kathleen E. Hawkins | 8/79-present |
| Eark A. Hazen | 1/80-present |
| Madeline M. Haznow | 6/83-present |
| William and Lorana Hellenthal | 2/80-present |
| James and Betty Hendricks | 5/79-present |
| William and Cora B. Henry | 8/79-present |
| Phyllis Hentz | 4/80-present |
| Frederick and Ria Hierl | 5/79-present |

| | |
|---|---|
| Edmond Hoffman | 10/79-8/87 |
| Frank and Dolores Hoffman | 7/77-1/87 |
| Sebastian and Theresa Holzschuh | 1/79-present |
| John and Margaret Horanic | 9/79-1/86 |
| William and Arlene Houwen | 6/79-present |
| Dorothy Howard | 4/82-present |
| Murle and Auretta Huenink | 2/80-present |
| Fred and Alberta Hunkler | 5/84-present |
| | |
| K.O. and Viola B. Jarboe | 8/80-present |
| Earl R. Johnson | 5/79-present |
| George and Mary Johnston | 4/80-present |
| George R. and Keannette E. Jones | 4/80-present |
| Raymond and Clara R. Joswiak | 4/79-present |
| William and Katherine Joyce | 10/79-12/87 |
| | |
| Philip and Henrietta Kaspareh | 10/79-present |
| Howard and Shirley Kauble | 12/79-present |
| Stanley Kedzion | 7/79-present |
| David and Edith Kerr | 10/78-present |
| Charles E. and Thelma M. Kier | 7/80-present |
| George and Clara Belle Kier | 11/78-2/87 |
| Woodward and Ruth Kirlin | 3/79-present |
| Arthur and Amy Kohler | 1/84-present |
| William and Helen Konopka | 6/79-present |
| Rita Korcher | 3/80-present |
| Joseph and Gertrude Korpal | 8/79-present |
| Daniel D. and Dorothy Kozak | 5/80-present |
| Astrid Kruger | 2/79-present |
| | |
| Paul and Rachel LaFortuen | 9/81-present |
| Ethel Lamb | 9/80-present |
| Andrew and Ann Lamendola | 3/85-present |
| John and Margaret Lamia | 12/79-present |
| Joseph and Jean Lamia | 8/79-present |
| Betty Lampier | 12/78-present |
| John and Marjorie Landgraf | 11/79-present |
| Ken and Virginia Langan | 2/80-present |
| Alicia Lane | 8/81-present |
| Carl L. and Genevieve Larsen | 11/78-present |
| Carol Larsen | 11/83-present |
| George and Margaret Lawson | 8/80-present |
| William and Phyllis Leather | 4/78-present |
| Karl and Ann Lehmann | 3/82-present |
| Edwin and Rita Lepak | 9/78-present |

| | Dates of Residence |
|---|---|
| Henry A. and Arline Lepkowski | 9/79-present |
| Franklin E. and Annamae Lewis | 6/78-present |
| Quinn and Mary Liberi | 2/80-present |
| Joseph and Jean Lintz | 5/78-present |
| William and Adeluede Liptak . | 9/83-present |
| Florence Long | 8/84-present |
| Isabella Loughlin | 7/80-present |
| Harold and Helen Luckey | 6/81-present |
| Howard and Blanche Ludwig | 10/79-6/87 |
| George H. and Ruth Luken | 7/84-present |
| Everett and Reba Lukens | 12/83-present |
| Robert and Laura Madigan | 1/80-present |
| Angelo and Angie Marino | 3/86-present |
| Justin and Jane Marsh | 10/79-present |
| John J. and Marjorie Marshall | 5/79-present |
| Lester and Marcella Marshall | 10/77-11/87 |
| Valerie Martin | 6/79-present |
| Albert and Virginia Massoll | 4/74-present |
| Frank and Marie Mastelli | 2/80-present |
| Marion Metting | 3/87-present |
| Martha Mattis | 4/78-present |
| Jack R. and June Maxwell | 2/80-present |
| John and Margaret Mazza | 10/79-present |
| John and Grace McCarthy | 8/80-present |
| W.H. and Ella McCaugherty | 1/81-1/86 |
| Marry and Martha McCoy | 3/79-present |
| Helene McClave | 10/79-present |
| Frank and Ann McCrystal | 8/79-present |
| Marjorie McDaniel | 11/78-present |
| Ann McDonald | 5/80-present |
| Frank B. and Helene McGill | 10/80-present |
| David and Mildred McNiel | 10/78-present |
| William and Viola McNeilly | 7/78-present |
| Frank and Phyllis Mello | 3/81-present |
| Theodore and Crystal E. Messner | 10/78-present |
| Frank H. and Margaret Meyers | 10/79-present |
| Joseph and Niki Micherdinski | 9/79-present |
| Bonnabelle Miles | 4/79-present |
| Verner F. and Jean Milewski | 1/84-present |
| Edward Miller | 6/79-1/88 |
| Elroy Miller | 8/79-11/87 |
| Phil and Mary Minton | 9/78-present |
| Samuel and Bernice Mock | 5/85-present |

| | Dates of Residence |
|---|---|
| Rodney Mohr | 4/81-present |
| Vincent and Mary Mola | 9/79-present |
| James and Rita Molleran | 1/82-present |
| Nell Mooney | 3/78-present |
| Arther and Ruth Moore | 8/83-present |
| Frank and Helen Morabito | 11/85-present |
| Joseph and Pearl Moran | 1/80-present |
| Earl and Rita Morel | 11/79-present |
| Eugene F. Moretta | 10/78-present |
| Bobbie Mumm | 5/80-present |
| Catherine Murphy | 2/78-present |
| Donald and Lucille Murray | 9/84-present |
| Bernard and Kathleen Mutz | 1/83-present |
| George and Margaret Nahmi | 8/77-present |
| Bess Neilson | 4/83-present |
| Margaret Newton | 5/83-present |
| Robert and Virginia Nolan | 6/78-present |
| Caarl and Anne Nordstrom | 3/80-present |
| Ernest R. and Dorothy O'Dell | 8/78-present |
| Edward and Madeline Olson | 5/78-present |
| Kenneth Olson | 5/78-present |
| Gordon and Irene Osborne | 5/81-present |
| Werner and Alvina Otte | 11/78-present |
| Alice Otten | 4/78-present |
| Frank and Jane Pacciani | 12/85-present |
| John and Dorothy Packham | 1/80-present |
| Raymond and Donna Patrick | 9/81-present |
| Frank and Louise Peppard | 7/77-present |
| Kenneth and Norma Pender | 4/79-present |
| Garnel and Jeanne Peterson | 8/79-3/86 |
| Maurice and Celestia Peterson | 11/79-present |
| Lenny and Betty Petitti | 7/79-present |
| James and Peg Phillips | 8/79-present |
| William and Sarah Pika | 10/79-present |
| Edward and Margaret Piotrowski | 4/78-present |
| Winston B. and Peggy Plummer | 1/78-present |
| Betty Poesel | 4/79-present |
| William Polster | 9/79-present |
| Angela Poser | 4/76-present |
| Joseph and Mary Posheefko | 3/80-present |
| Dubby Primack | 12/87-4/87 |
| William and Norma Pulawski | 2/80-present |

| | Dates of Residence |
|---|---|
| Chester and Jennie Pultorak | 7/78-present |
| James A. and Gertrude D. Pyle | 9/81-present |
| | |
| John and Addie Rando | 1/86-present |
| Paul and Evelyn Rappel | 8/77-present |
| Helen Reese | 3/85-present |
| Aubrey and Alma Reinhart | 8/78-7/87 |
| Cyril and Catherine Reitz | 12/81-present |
| Roscoe and Murtle Richards | 7/83-present |
| Leland R. and Ruth Richardsons | 11/79-present |
| Lewis and Augusta Risseevw | 9/80-present |
| Marguerite Roach | 5/79-present |
| George and Mary Robas | 1/79-present |
| Bernard and Ester Robbins | 11/79-present |
| Harold and Janet Robinson | 2/80-present |
| George G. and Esther Ronkuist | 10/79-present |
| Joseph and Margaret Ross | 10/79-present |
| William and Leota H. Ross | 9/79-present |
| Anna Rowe | 8/82-present |
| Kenneth and Flora Rudolph | 9/83-6/87 |
| | |
| Anthony and Harriet Saeea | 1/83-present |
| Beatrice Schafrick | 11/77-present |
| Otto and Trudy Schmieder | 12/78-11/87 |
| Edwin and Grace Schoendorf | 9/79-present |
| Lucille Schwahn | 10/85-present |
| Sol and Ida Schwartz | 4/79-present |
| George and Marie Senopole | 2/85-present |
| Raymond and Elizabeth Senopole | 12/85-present |
| Robert and Rose Shannon | 3/85-present |
| George Shattuk | 11/79-present |
| Wesley and Jocelyn Sheldon | 11/78-present |
| Fred and Eileen Shields | 6/78-present |
| Dorothy Shotsberger | 5/82-8/87 |
| Frank Shuber | 8/78-present |
| James B. and Mary Simon | 7/79-present |
| George and Harriet Smith | 10/79-present |
| Irene C. Smith | 5/84-1/86 |
| John and Pauline Smith | 7/84-present |
| Robert and Faye Smith | 7/84-present |
| Andrew and Irene Smokevitch | 9/79-present |
| John and Mary Soltman | 2/80-present |
| William J. and Clarice Spear | 4/84-present |
| Robert and Sophie Sponkowski | 4/78-present |

| | |
|---|---|
| Sidney Steadman | 7/80-present |
| Helen Stegman | 2/77-3/86 |
| Charles and Grace Stewart | 1/83-present |
| James and Mildred Stewart | 12/84-present |
| Lena E. Stewart | 11/79-present |
| Bertha Stiles | 4/80-present |
| William Stolte | 10/79-present |
| Billy R. and Rosie Stout | 1/80-present |
| Donald and Aletha Stout | 2/84-present |
| Max and Eilen Stover | 1982-present |
| John Suder | 1/78-present |
| Adam and Jean Supud | 9/79-present |
| William and Margaret Syms | 2/82-present |
| David and Doris Tator | 1/84-present |
| Charles and Edna Taylor | 11/85-present |
| Victor and Evelyn Tegliapietra | 8/79-present |
| Bernie and June Thornton | 10/78-present |
| Anton and Julie Trinka | 10/79-present |
| Howard and Katherine Truxell | 10/80-present |
| Lloyd and Ruth Tucker | 10/77-present |
| Annette Turnbull | 9/78-present |
| Brendon and Evelyn Turner | 3/85-present |
| Marion and Tillie Tuthill | 10/79-present |
| Frank and Grace Ullo | 8/79-present |
| Sidney and Gloria Uren | 7/80-2/87 |
| Enola Van Ells | 2/78-present |
| Richard and Margaretta Vaughn | 1/83-present |
| Rose Verscharen | 9/78-11/87 |
| Winifred Viola | 12/80-present |
| Paul and Elsie Vogeler | 5/79-10/87 |
| Doris Vork | 9/78-present |
| Herbert and Dorothy Wagner | 10/78-present |
| Thomas and Gail Watson | 9/83-present |
| Raymond and Evelyn Watts | 9/81-present |
| Edward and Marie Weiler | 2/81-present |
| Edward and Fern Weiss | 6/80-present |
| P.F. and Rosemarie Wilhelm | 8/79-10/86 |
| George and Cora Williams | 1/80-present |
| Ole and Agatha Williamstad | 11/79-6/86 |
| Marjorie Wilson | 6/79-present |
| Robert and June Withey | 10/82-present |

| | Dates of Residence |
| ---------------------------- | ------------------ |
| Lawrence and Lucille Wolf | 1/78-present |
| William and Jane Wurst | 11/79-present |
| Marie Yeager | 10/77-4/86 |
| Betty Zabarsky | 10/81-present |
| George and Carol E. Ziarek | 2/80-present |
| Joan Zimmerman | 7/81-present |
| John and Ann Zuby | 3/86-present |
| John and Margaret Zuby | 9/79-present |